Certified HR Services Company, Liquidating Trust
Case No. 05-22912
Undeliverable Funds - Third and Final Distribution

| Claimant Name | Address 1 | Address 2 | City | State | Zip | Claim # | Check Amount |
|---|---|---|---|---|---|---|---|
| 1900 LAKESIDE CENTRE, SUCCESSOR TO | TRIZECHAHN REGIONAL POOLING C/O JACOB BROWN, ESQ. | 50 NORTH LAURA STREET #2500 | JACKSONVILLE | FL | 32202 | 1-2 | $309.89 |
| 3B ORTHOPEDICS | 800 SPRUCE STREET | | PHILADELPHIA | PA | 19107 | 229 | $735.00 |
| ALLIANCE ONE | PO BOX 3101 | | SOUTHEASTERN | PA | 19398 | SCHEDULE | $73.79 |
| AMERICAN ARBITRATION ASSN | 200 CENTURY PARKWAY | SUIT 300 | ATLANTA | GA | 30345 | SCHEDULE | $11.41 |
| AMERICAN HOME INSURANCE CO ET AL | AIG LAW DEPT - BANKRUPTCY, DAVID LEVIN ESQ. | 70 PINE STREET, 31ST FLOOR | NEW YORK | NY | 10270 | 84 | $7,840.62 |
| ARTHUR C. NEIWIRTH PA | 300 EAST LAS OLAS PLACE #850 | | FT. LAUDERDALE | FL | 33301 | SCHEDULE | $12.47 |
| BELLSOUTH ADVERTISING AND PUBLISHING | PO BOX 95364 | | ATLANTA | GA | 30347 | 16 | $236.30 |
| BENEFIT HARBOR LLC | DIVISION OF TAXATION COMPLIANCE ACTIVITY | POB 245 | TRENTON | NJ | 08695 | 67 | $335.79 |
| BETTER LAWN CARE & LANDSCAPE, INC. | PO BOX 222 | | TAMPA | FL | 33680 | SCHEDULE | $39.90 |
| BROOKE & COMPANY | 355 LEXINGTON AVE | | NEW YORK | NY | 10017 | SCHEDULE | $105.00 |
| BROWARD COUNTY DEPT OF COMPLIANCE | REVENUE COLLECTION DIV | 115 S ANDREWS AVE | FT. LAUDERDALE | FL | 33301 | 177 | $17.53 |
| BUSINESS TELEPHONE SOLUTIONS INC/ | 1300 INDUSTRIAL BLVD | | SOUTHAMPTON | PA | 18966 | SCHEDULE | $47.80 |
| CENTAX - BELLE VERNON | CENTRAL TAX BUREAU OF PA INC | 20 EMMERSON LANE #905 | BRIDGEVILLE | PA | 15017 | 137 | $4.41 |
| CENTERLINE HOMES INC | C/O ROY KOBERT | 390 NORTH ORANGE AVE #1100, POB 4961 | ORLANDO | FL | 32802 | 31 | $3,418.03 |
| CIC PLUS | 1429 MOMENTUM PLACE | | CHICAGO | IL | 60669 | SCHEDULE | $283.31 |
| CITY OF PHILADELPHIA | C/O MORTON BRANZBURG | 260 S BROAD STREET | PHILADELPHIA | PA | 19102 | 139 | $24.25 |
| CITY OF PITTSBURGH DEPT OF FINANCE | C/O PATRICK KELLY | 200 CITY COUNTY BUILDING 414 GRANT STREET | PITTSBURGH | PA | 15219 | 112 | $0.09 |
| COMM HCI CONSOLIDATED CLAIMS | PO BOX 166 | | NEWTON | NJ | 07960 | SCHEDULE | $17.22 |
| DELL FINANCIAL SERVICES INC | TENILLE KAUS ESQ, WELTMAN WEINBERG | 323 W LAKESIDE AVE #2FL | CLEVELAND | OH | 44113 | 163 | $12.49 |
| DELL FINANCIAL SERVICES INC | TENILLE KAUS ESQ, WELTMAN WEINBERG | 323 W LAKESIDE AVE #2FL | CLEVELAND | OH | 44113 | 164 | $16.43 |
| DOYLESTOWN BOROUGH BUCKS WH | C/O BUCKHEIMER ASSOC | 50 NORTH SEVENTH STREET POB 900 | BANGOR | PA | 18013 | SCHEDULE | $0.98 |
| ENGAGE TECHNOLOGIES INC | 8419 SUNSTATE STREET | | TAMPA | FL | 33634 | SCHEDULE | $31.23 |
| FRONTIER INSURANCE CO (IN REHAB) | 195 LAKE LOUISE MARIE ROAD | | ROCK HILL | NY | 12775 | 194 | $16,800.00 |
| GEORGIA DEPT OF REVENUE | COMPLIANCE DIVISION BANKRUPTCY SECTION | POB 161108 | ATLANTA | GA | 30321 | 113 | $345.78 |
| HQ GLOBAL WPRKPLACES | 6000 FAIRVIEW CENTER | SUITE 1200 | CHARLOTTE | NC | 28210 | SCHEDULE | $147.36 |
| JENKINS & GILCHRIST | C/O MARTHA S ALLEN | 1445 ROSS AVENUE #3200 | DALLAS | TX | 75202 | 51 | $2,536.81 |
| LANIER WORLDWIDE INC | C/O JULIE JARED | 1170 PEACHTREE STREET #2020 | ATLANTA | GA | 30309 | 144 | $1,717.69 |
| LORD & WHIP PA | C/O MICHAEL DANEY | 36 SOUTH CHARLES STREET 10TH FLOOR | BALTIMORE | MD | 21201 | 143 | $244.98 |
| MAYER BROWN ROWE & MAW LLP | ATTN JOHN MANCINI | 1675 BROADWAY | NEW YORK | NY | 10019 | 227 | $1,964.34 |
| MERRY MAIDS | 330 N ZACHARY AVE #109 | | MOORPARK | CA | 93021 | 126 | $1,575.00 |
| CNIC IN LIQUIDATION | 8451 SE 68TH STREET SUITE 220 | | MERCER ISLAND | WA | 98040 | 180 | $42,000.00 |
| MISSISSIPPI STATE TAX COMMISSION | EMPLOYEE WH BKR SECTION | POB 23338 | JACKSONVILLE | MS | 39225 | 47 | $44.31 |
| OFFICE DEPOT INC | ATTN BANKRUPTCY DEPT | 8200 E 32 M | WICHITA | KS | 67226 | 15 | $474.96 |
| OKLAHOMA TAX COMMISSION | EMPLOYEE WH BKR SECTION GC'S OFFICE | POB 53248 | OKLAHOMA CITY | OK | 73152 | 237 | $89.66 |
| PLATTE RIVER INSURANCE COMPANY | GREGORY BROWN, HILL WARD & HENDERSON | PO BOX 2231 | TAMPA | FL | 33601 | 146 | $235.23 |
| REZNICSEK FRASER PA | 240 PONTE VERDE PARK DRIVE | SUITE 150 | PONTE VERDE BEACH | FL | 32082 | SCHEDULE | $52.50 |
| RHODE ISLAND DIVISION OF TAXATION (WH) | PO DRAWER 6310 | | TITUSVILLE | FL | 32782 | 162 | $14.20 |
| SANDS ANDERSON MARKS & MILLER | 801 EAST MAIN STREET | | RICHMOND | VA | 23218 | SCHEDULE | $111.89 |
| SOUTHBAY SENIOR SOLUTIONS INC. | ATTN BRIAN JACKSON | 595 MILLICH DRUVE #100 | CAMPBELL | CA | 95008 | 119 | $2,134.51 |
| ST JOHNS HEALTH CARE CENTER | RICHARD KISTLER | 1266 FIRST STREET #8 | SARASOTA | FL | 34236 | 116 | $471.25 |
| STRATEGIC STAFF LEASING | 4360 BELTWAY PLACE #240 | | ARLINGTON | TX | 76018 | SCHEDULE | $100.72 |
| SWARTZ CAMPBELL LLC | ROBERT SMOLEN ESQ | 1300 RT 73 SOUTH BLOOM CT #101 | MT LAUREL | NJ | 08054 | 186 | $5,470.42 |
| TEW CARDENAS LLP | TOM LEHMAN PA | 1441 BRICKELL AVE 15TH FLOOR | MIAMI | FL | 33131 | 183 | $9,370.53 |
| TRANSWESTERN COMMERCIAL SERVICES | C/O DRENNAN REALTY ASSOC LLC | 1560 EAST BANK DRIVE | MARIETTA | GA | 30068 | SCHEDULE | $28.77 |
| TRAVIS M CAMPBELL | POB 694 | | CLARKSVILLE | MD | 21029 | 28 | $16.99 |
| TRIZECHAHN REGIONAL POOLING LLC | C/O MITCHELL ROSEN ESQ | 950 EAST PACES FERRY ROAD #3250 | ATLANTA | GA | 30326 | 43 | $944.88 |
| UNIVERSAL BUSINESS SYSTEMS & FORMS INC | PO BOX 260817 | | TAMPA | FL | 33686 | SCHEDULE | $200.19 |
| UPMC PRESBYTERIAN SHADYSIDE HOSPITAL | C/O LAW OFFICE OF CHARLES HILTON PC | 1326 FREEPORT ROAD, STE 205 | PITTSBURGH | PA | 15238 | 48 | $787.44 |
| WORLDWIDE LABOR SUPPORT OF ILLINOIS | C/O M. KAREN THOMPSON ESQ | POB 1018 | SOMMERVILLE | NJ | 08876 | 244 | $34,952.99 |
| BRIDGEPORT FINANCIAL INC | LEBOEF LAMB, C/O ROGER YOUNG | 1111 WILLOW STREET, #1 | SAN JOSE | CA | 95125 | 5 | $6,889.39 |
| Total | | | | | | | $143,296.73 |